Case 1:15-cr-00213-SEB-MJD   Document 61   Filed 02/26/24   Page 1 of 1 PageID #: 379

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Markel Gray )
) Case No: 1:15CR00213-001
) USM No: 14500-028
Date of Original Judgment: 06/18/2018 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 46 months **months is reduced to** 40 months* .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**Count 1: 40 months, concurrent with 40 months on Count 1: Dkt. No. 1:16CR00059, consecutive to 84 months on Count 2 of 1:16CR00059.**

Except as otherwise provided, all provisions of the judgment dated 06/18/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/26/2024

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*


A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk